EDWARD R. BARTO, an Infant, by EDWARD H. BARTO, his Guardian ad Litem, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

*Barto* v. *State of New York*, 51 App. Div. 623, appeal dismissed.
(Argued January 22, 1901; decided March 12, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made March 6, 1900, affirming a judgment of the Court of Claims, dismissing a claim for damages for a personal injury received by claimant by being struck by a rifle ball alleged to have been fired by some member of the National Guard while engaged in rifle practice upon the state range at Creedmoor.

*Joseph Fitch* for appellant.

*George H. Stevens* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT and WERNER, JJ. Dissenting: VANN and CULLEN, JJ. Not voting: MARTIN, J.

---

SARAH E. RAYMOND, as Executrix of AARON RAYMOND, Deceased, Appellant, *v.* ABRAM J. DITTENHOEFER et al., as Executors of SHERIDAN SHOOK, Deceased, Respondents.

*Raymond* v. *Dittenhoefer*, 53 App. Div. 637, affirmed.
(Argued January 29, 1901; decided March 12, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 25, 1900, affirming a judgment in favor of defendants, entered upon a dismissal of the complaint by the court at a Trial Term, and an order denying a motion for a new trial.

*Frederick E. Anderson* and *John Ewen* for appellant.

*I. M. Dittenhoefer* and *A. J. Dittenhoefer* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, BARTLETT, VANN, CULLEN and WERNER, JJ. Dissenting: PARKER, Ch. J., and MARTIN, J.